IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TYRONE LEE FUTRELL, SR.,　　　　　　*
　　　　　　　　　　　　　　　　　　*
　　　　　　Plaintiff,　　　　　　　　*
　　　　　　　　　　　　　　　　　　*
vs.　　　　　　　　　　　　　　　　　*　　No. 3:13CV00140 SWW
　　　　　　　　　　　　　　　　　　*
IMPERIAL SECURITY,　　　　　　　　 *
　　　　　　　　　　　　　　　　　　*
　　　　　　Defendant.　　　　　　　　*

**Judgment**

Pursuant to the Memorandum and Order entered in this matter on this date, Plaintiff's complaint is hereby dismissed with prejudice.

DATED this 6th day of June, 2013.

　　　　　　　　　　　　　　　/s/Susan Webber Wright

　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE